IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE M., <br><br> Plaintiff, <br><br> v. <br><br> AETNA HEALTH, INC., <br><br> Defendants. | Civil Action No.: <br><br> 3:17-cv-02647-FLW-LHG <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

The matter in difference in the above entitled action having been adjusted by and between the parties, it is hereby stipulated and agreed that the same be dismissed with prejudice and without costs.

**THE KILLAN FIRM, P.C.**

*Attorneys for Plaintiff*

BY: */s/ Ryan Milun*

_____
Ryan Milun, Esquire

DATE: March 9, 2018

**CONNELL FOLEY LLP**

*Attorneys for Defendant Aetna Health Inc.*

BY: */s/ Matthew Baker*

_____
Matthew A. Baker, Esquire

DATE: March 9, 2018

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

*/s/ Freda L. Wolfson*
_____
FREDA L. WOLFSON, U.S.D.J. 3-12-18

4002287-1